AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00030 |
| James Weeks | ) Assigned To : Judge Moxila A. Upadhyaya |
| | ) Assign. Date : 1/26/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __James Weeks__,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) (Civil Disorder) ,
18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers) ,
18 U.S.C. § 1361 and 2 (Destruction of Government Property and Aiding and Abetting) ,
18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds) ,
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds) ,
18 U.S.C. § 1752(a)(4) (Engaging in Physical Violence in a Restricted Building or Grounds) ,
40 U.S.C. § 5104(e)(2)(E) (Impeding Passage Through the Capitol Grounds or Buildings) .

Date: 01/26/2024                                                *M.U. Upa* [signature]
                                                                *Issuing officer's signature*

City and state:   Washington, D.C.                   Moxila A. Upadhyaya, U.S. Magistrate Judge
                                                                *Printed name and title*

---

### Return

This warrant was received on *(date)* 1/26/2024 , and the person was arrested on *(date)* 2/1/2024
at *(city and state)* Albany, NY .

Date: 2/1/2024                                          [signature]
                                                                *Arresting officer's signature*

                                                        Brad Theroux, Special Agent
                                                                *Printed name and title*