AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | )  |
|---|---|
| v. | ) Case: 1:24-mj-00030 |
| James Weeks | ) Assigned To : Judge Moxila A. Upadhyaya |
|  | ) Assign. Date : 1/26/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ **James Weeks** _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) (Civil Disorder) ,
18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers) ,
18 U.S.C. § 1361 and 2 (Destruction of Government Property and Aiding and Abetting) ,
18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds) ,
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds) ,
18 U.S.C. § 1752(a)(4) (Engaging in Physical Violence in a Restricted Building or Grounds) ,
40 U.S.C. § 5104(e)(2)(E) (Impeding Passage Through the Capitol Grounds or Buildings) .

Date: 01/26/2024                                      *M.U. Upad* (signature)
                                                      *Issuing officer's signature*

City and state:   Washington, D.C.              Moxila A. Upadhyaya, U.S. Magistrate Judge
                                                      *Printed name and title*

---

### Return

This warrant was received on *(date)* 1/26/2024 , and the person was arrested on *(date)* 2/1/2024
at *(city and state)* Albany, NY .

Date: 2/1/2024                                        *Brad* (signature)
                                                      *Arresting officer's signature*

                                                      Brad Theroux, Special Agent
                                                      *Printed name and title*

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 24MJ54(CFH) |
| James Weeks | ) | |
| Defendant | ) | Charging District's Case No. 1:24-MJ-30 |

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
FEB 01 2024
AT_____ O'CLOCK
John M. Domurad, Clerk - Albany

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*  District of Columbia

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☑ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 02/01/2024

*Defendant's signature*

*Signature of defendant's attorney*

Alishah Bhimani
*Printed name of defendant's attorney*

CLOSED

# U.S. District Court
## Northern District of New York - Main Office (Syracuse) [NextGen CM/ECF Release 1.7 (Revision 1.7.1.2)] (Albany)
## CRIMINAL DOCKET FOR CASE #: 1:24-mj-00054-CFH All Defendants

Case title: USA v. Weeks

Date Filed: 02/01/2024

Other court case number: 24-MJ-00030 District of Columbia

Date Terminated: 02/02/2024

Assigned to: Magistrate Judge Christian F. Hummel

**Defendant (1)**

| | |
|---|---|
| **James Weeks**  *TERMINATED: 02/02/2024* | represented by **James C. Knox**  E. Stewart Jones Hacker Murphy, LLP - Troy Office  28 Second Street  Suite 203  Troy, NY 12180  518-274-5820  Email: jknox@joneshacker.com  *LEAD ATTORNEY*  *ATTORNEY TO BE NOTICED*  *Designation: Retained*  *Bar Status: Active*  *Fee Status: paid_2023* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:231.F | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Richard D. Belliss** <br> Office of United States Attorney - Albany <br> James T. Foley U.S. Courthouse <br> 445 Broadway, Room 218 <br> Albany, NY 12207-2924 <br> 518-431-0247 <br> Fax: 518-431-0249 <br> Email: richard.belliss@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Assistant US Attorney* <br> *Bar Status: Active* <br> *Fee Status: waived_2023* |

[Email All Attorneys]
[Email All Attorneys and Additional Recipients]

| Date Filed | # | Docket Text |
|---|---|---|
| 02/01/2024 | 1 | Rule 5(c)(3) Documents Received as to James Weeks from the District of Columbia (tab) (Entered: 02/01/2024) |
| 02/01/2024 | | Rule 5(c)(3) arrest of James Weeks. (tab) (Entered: 02/01/2024) |
| 02/01/2024 | | Text Minute Entry for proceedings held before Magistrate Judge Christian F. Hummel: Initial Appearance pursuant to Rule 5(c)(3) as to James Weeks held on 2/1/2024. Appearances by Alishah Bhimini, Esq. on behalf of Defendant Weeks and standing in for James C. Knox, Esq. AUSA Richard Belliss appearing for the government. The Court issues the oral Rule 5(f) Reminder of Prosecutorial Obligation Order. The Defendant is advised of his rights and the maximum penalties are stated. The government is not seeking the defendants detention. The Defendant waives all hearings in this district, reserving his right to have those hearings held in the District of Columbia. The government moves to have the complaint unsealed and the complaint is unsealed. Defendant and defense counsel are advised to make arrangements to appear in the District of Columbia, as directed by that Court. (Court Reporter Jacqueline Stroffolino)[1:37pm-1:45pm] (tab) (Entered: 02/01/2024) |
| 02/01/2024 | 2 | WAIVER of Rule 5(c)(3) Hearings in this District by James Weeks (tab) (Entered: 02/01/2024) |
| 02/02/2024 | 3 | TEXT ORDER as to James Weeks: The Court hereby Orders James Weeks to appear in the District of Columbia on Tuesday, February 13, 2024 @ 12:30pm EST before Judge Faruqui. It is the understanding of this Court that the hearing will be held virtually via ZOOM. A ZOOM link will be provided to counsel, directly by the Court. So Ordered. Authorized by Magistrate Judge Christian F. Hummel on 2/2/2024. (tab) (Entered: 02/02/2024) |
| 02/02/2024 | | TEXT NOTICE to the Clerk, District of Columbia of a Rule 5. Appearance as to James Weeks: Your case number is: 1:24-MJ-00030. On 2/1/2024, Defendant appeared in the NDNY as a result of an arrest warrant issued. The defendant waived his/her right to all Hearings in this district and was Released (ROR) - no conditions set. Defendant has retained counsel. NDNY did not collect a bond or passport. Please use PACER Court Links to access the public docket and documents. (tab) (Entered: 02/02/2024) |